UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:  Laura M. Jones                               Chapter 13

        Debtor(s)                               Case No. 09-14499-SSM

### DEBTOR'S MOTION SHOW CAUSE WHY CAPITAL ONE SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE CONFIRMATION ORDER

NOW COMES Laura M. Jones, Debtors, by and through her attorney, and in support of her Motion to Show Cause Why Capital One Should Not Be Held in Contempt for Violation of the Confirmation Order states as follows:

1. Debtor filed for relief under Chapter 13 on June 4, 2009.

2. Debtor listed Capital One on Schedule F in her bankruptcy schedules and the Court sent notice of the bankruptcy to Capital One by regular U.S. mail on June 7, 2009, at:

    Capital One
    P.O. Box 71083
    Charlotte, NC  28272-1083

3. Debtor filed her Amended Chapter 13 Plan on November 17, 2009, and this plan was served by the debtor's attorney by regular U.S. Mail Capital One on November 17, 2009, at:

    Capital One
    P.O. Box 93016
    Long Beach, CA  90809

    and

    Capital One
    P.O. Box 71083

Charlotte, NC  28272

4. Debtor's plan was confirmed on January 15, 2010.

5. Paragraph 11D of the confirmed plan states:

    If a creditor reports to the consumer reporting agencies the receipt and timeliness of the payments on any debt dealt with in this plan, then the claim as altered by the confirmed plan, rather than the original loan agreement, should form the basis for the report.

6. Capital One filed a proof of claim in the debtor's bankruptcy, claim number 6 in the Court register, in the amount of $2,997.28.  To date, the Chapter 13 Trustee has paid $86.93 on this claim.

7. Laura Jones' Experian credit report, dated April 14, 2011, reports that the status of the debt to Capital One is, *"Petition for Chapter 13 Bankruptcy. $2,786 written off.  $2,997 past due as of Apr 2011"*.

8. Capital One is in direct violation of the confirmed plan by continuing to report this debt inaccurately written off and past due.

Wherefore, debtor asks that the court hold Capital One in contempt for violation of the confirmation order and for any and other relief this Court deems equitable and just.

Date:  May 25, 2011        /s/ Robert R. Weed
                           Robert R. Weed VSB #24646
                           Counsel for Debtor
                           7900 Sudley Road, Suite 409
                           Manassas, Virginia  20109
                           Tel:  (703) 335-7793 / Fax:  (703) 369-2696

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2011, I mailed a copy of the foregoing Motion to Show Cause Why Capital One Should Not Be Held in Contempt for Violation of the Confirmation Order and Notice of Hearing by placing the same in the US Mail, first class, certified, postage prepaid to the interested parties listed below:

      Capital One
      P.O. Box 93016
      Long Beach, CA  90809

      Capital One
      P.O. Box 71083
      Charlotte, NC  28272

      Capital One
      P.O. Box 30281
      Salt Lake City, UT  84130

      Capital One
      c/o Richard D. Fairbank, Chairman and CEO
      1680 Capital One Drive
      McLean, Virginia  22102

      Capital One
      c/o Stacy Suire
      TDM service provider for Capital One
      P.O. Box 5155
      Norcross, GA  30091

/s/ Robert R. Weed
Robert R. Weed